UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDGAR FREDY LOPEZ-HERNANDEZ,

Petitioner,

v.

DAVID A. MARTIN, et al.,

Respondents.

No. 1:26-cv-02400-DJC-JDP

ORDER

A# 242-369-872

Petitioner filed a Petition for Writ of Habeas Corpus (Pet. (ECF No. 1)) and a Motion for Temporary Restraining Order (Mot. (ECF No. 3)) seeking an order releasing Petitioner from custody.  The Court previously states that it intended to rule directly on the merits of the Petition.  Neither party has objected.

Petitioner entered the United States in 2015 and has remained here until his present detention.  (Pet. ¶ 18.)  Prior to Petitioner's present detention, it does not appear that he had any contact with Immigrations and Customs Enforcement ("ICE").  Petitioner was detained by ICE on March 1, 2026.  (*Id.*)  He remains in ICE custody as of the time of this order.

The Court's prior orders are largely dispositive on the issues raised in the Petition and Motion.  *See Morillo v. Albarran*, No. 1:25-cv-01533-DJC-AC, 2025 WL 3190899 (E.D. Cal. Nov. 15, 2025); *E.L.D.M. v. Becerra*, No. 1:25-cv-01906-DJC-JDP,

1

2025 WL 3707140 (E.D. Cal. Dec. 22, 2025).  For the reasons stated in those cases, Petitioner has established that he is entitled to relief.  As Petitioner has been present in the United States for years prior to his present detention, he is correct that he does not qualify as an "applicant for admission" and thus cannot be detained under 8 U.S.C. § 1225(b)(2).  *See Morillo*, 2025 WL 3707140, at *4.  Thus, Petitioner was entitled to the procedures and rights afforded under 8 U.S.C. § 1226(a), most notably, a bond hearing.

Respondents did not substantively oppose Petitioner's Petition and Motion.  Instead, Respondents only argue that the Petition should be dismissed for failure to name Petitioner's immediate custodian.  (ECF No. 9.)  Petitioner has requested to amend the Petition to add Christopher Chestnut, Warden of the California City Corrections Center, as a Respondent.  (ECF No. 13.)  That request is granted.  Christopher Chestnut will be added as a Respondent to this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's Motion to Amend (ECF No. 13) is GRANTED.

2. The Clerk of the Court is directed to add Christopher Chestnut as a Respondent to this action.

3. Respondents' Motion to Dismiss (ECF No. 9) is DENIED AS MOOT.

4. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED.

5. Respondents are ORDERED to immediately release Edgar Fredy Lopez-Hernandez from their custody.  Respondents shall not impose any additional restrictions on Petitioner, unless that is determined to be necessary at a future pre-deprivation/custody hearing.  If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.  This Order does not address the circumstances in which Respondents

2

may detain Petitioner in the event Petitioner becomes subject to an executable final order of removal.

6. The Clerk of the Court is directed to serve California City Detention Facility with a copy of this Order.

7. The Clerk of the Court is further directed to close this case and enter judgment for Petitioner.  This Order resolves all pending motions.

IT IS SO ORDERED.

Dated:   **April 3, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

3